UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 15-2493 SJO(JC) | Date | March 9, 2016 |
|---|---|---|---|
| Title | David Sanchez v. Riverside County Code Enforcement Agency, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| none | none | |

**Proceedings:** (IN CHAMBERS)

### ORDER TO SHOW CAUSE

On December 8, 2015, plaintiff David Sanchez ("plaintiff"), who is at liberty and is proceeding *pro se*, paid the filing fee and filed a complaint against multiple defendants. On December 9, 2015, the Court issued an order ("December Order") advising plaintiff that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, his time to effect service of the summons and complaint on each named defendant would expire within 90 days of the filing of the complaint, *i.e.*, on **March 7, 2016**. The December Order directed plaintiff to file separate proof of service forms for each defendant served within the 90-day period, and cautioned plaintiff that his failure to effectuate proper service by March 7, 2016, may result in dismissal of the action without prejudice as to any unserved defendants. To date, plaintiff has failed to file any proof of service form reflecting that any defendant has been served, and no defendant has appeared in this action.

IT IS THEREFORE ORDERED, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1, that within seven (7) days of the date of this Order, *i.e.*, by not later than **March 16, 2016**, plaintiff shall show good cause, if there be any, why service was not made on the defendants by March 7, 2016, and why this case should not be dismissed without prejudice for failure to effectuate service and for lack of prosecution. Failure timely to respond to this Order to Show Cause or to show cause, may result in the dismissal of this action without prejudice for failure to effectuate service, lack of prosecution, and/or failure to obey the Court's order..

IT IS SO ORDERED.

| | Initials of Deputy Clerk | hr |
|---|---|---|