UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANCHEZ, | Case No. EDCV 15-2493 SJO(JC) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| RIVERSIDE COUNTY CODE ENFORCEMENT AGENCY, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the currently operative First Amended Complaint, all documents filed in support of and in opposition to the Motion for Summary Judgment or Summary Adjudication ("Motion for Summary Judgment") filed by the County of Riverside ("County") (erroneously also sued as the Riverside County Code Enforcement Agency ("CEA")) and fifteen named County/CEA officials/employees (collectively "Moving Defendants"),[1] and all of the records herein, including the motion to amend contained in Plaintiff's Opposition to the Motion ("Motion to Amend") and the January 17, 2018 Report and Recommendation of United States Magistrate Judge ("Report and

[1]The fifteen individual Moving Defendants are Samantha Phillips, Elizabeth Ross, Michael Sanders, Mary Ortiz, Dawn Burnett, Nicole Wapner, Stacy Baumgartner, Greg Flannery, Olivia Balderrama, Hector Viray, Anita Bustillos, Regina Keys, Ana Carrillo, Dean Deines, and Jacob Dietrich.

Recommendation").  The Court agrees with, and approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED:  (1) the Motion to Amend is denied; (2) the Motion for Summary Judgment is granted to the extent it seeks summary judgment in favor of the Moving Defendants on the Federal Claims (as defined in the Report and Recommendation); (3) the Court declines to exercise supplemental jurisdiction over the State Claims (as defined in the Report and Recommendation) and the State Claims are dismissed without prejudice; (4) this action is dismissed without prejudice as against defendant Greg Tuberville (who is named as a defendant in only State Claims); (5) this action is dismissed without prejudice as against the remaining Doe Defendants (as defined in the Report and Recommendation); and (6) Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Judgment, and the Report and Recommendation on plaintiff and counsel for defendants.

IT IS SO ORDERED

DATED: April 6, 2018

_____

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2