UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID SANCHEZ,

Plaintiff,

v.

RIVERSIDE COUNTY CODE
ENFORCEMENT AGENCY, et al.,

Defendants.

Case No. EDCV 15-2493 SJO(JC)

JUDGMENT

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) Plaintiff's Motion to Amend – which is contained within Plaintiff's Opposition to the Motion for Summary Judgment or Summary Adjudication ("Motion for Summary Judgment") filed by the County of Riverside ("County") (erroneously also sued as the Riverside County Code Enforcement Agency ("CEA")) and fifteen named County/CEA officials/employees (collectively "Moving Defendants"),[2] is denied; (2) the Motion for Summary Judgment is granted to the extent it seeks

_____

[2]The fifteen individual Moving Defendants are Samantha Phillips, Elizabeth Ross, Michael Sanders, Mary Ortiz, Dawn Burnett, Nicole Wapner, Stacy Baumgartner, Greg Flannery, Olivia Balderrama, Hector Viray, Anita Bustillos, Regina Keys, Ana Carrillo, Dean Deines, and Jacob Dietrich.

summary judgment in favor of the Moving Defendants on the Federal Claims (as defined in the January 17, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation")); (3) the State Claims (as defined in the Report and Recommendation) are dismissed without prejudice as the Court declines to exercise supplemental jurisdiction over them; (4) this action is dismissed without prejudice as against defendant Greg Tuberville (who is named as a defendant in only State Claims); and (5) this action is dismissed without prejudice as against the remaining Doe Defendants (as defined in the Report and Recommendation).

IT IS SO ADJUDGED.

DATED: April 6, 2018

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2